# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

LADIMIR LEKA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2857

————————————————

December 12, 2025

Appeal from the County Court for Pinellas County; Diane M. Croff, Judge.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Christopher Manon, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

MORRIS, ATKINSON, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.